## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00487-CBS

**WELLES TONJES,**

    Plaintiff,

v.

**THE BOARD OF COUNTY COMMISSIONERS FOR PARK COUNTY, in its official capacity;**
**THE PARK COUNTY SHERIFF'S OFFICE;**
**FRED WEGENER, in his individual capacity; and**
**MARK HANCOCK, in his individual capacity,**

    Defendants.
_____

### WAIVER OF THE SERVICE OF SUMMONS-FRED WAGENER
_____

    I have received your request to waive service of a summons in this action, along with a copy of the complaint and jury demand, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity and individuals I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity and individuals I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity and individuals I represent, must file and serve an answer or a motion under Rule 12 within 60 days from February 28, 2017, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity and individuals I represent.

| | |
|---|---|
| _____ | _____ |
| (Date) | (Signature) |

Timothy P. Schimberg, Esq.
Fowler, Schimberg, Flanagan, McLetchie
1640 Grant Street, Suite 150
Denver, CO 80203
*Attorneys for Defendants*

2