IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00487-CBS

WELLES TONJES,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS FOR PARK COUNTY, in its official capacity;
THE PARK COUNTY SHERIFF'S OFFICE;
FRED WEGENER, in his individual capacity; and
MARK HANCOCK, in his individual capacity,

    Defendants.
_____

### ENTRY OF APPEARANCE
_____

    Adam W. Ray, of the law firm of Benezra & Culver, P.C., hereby enters his appearance on behalf of Plaintiff Welles Tonjes in this matter.

    Respectfully submitted this 27th day of April, 2017.

                                       BENEZRA & CULVER, P.C.

                                       */s/ Adam W. Ray*
                                       _____
                                       John A. Culver, Esq.
                                       Seth J. Benezra, Esq.
                                       Adam W. Ray, Esq.
                                       633 17th Street, Suite 2610
                                       Denver, CO  80202
                                       (303) 716-0254
                                       jaculver@bc-law.com
                                       sjbenezra@bc-law.com
                                       awray@bc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of April, 2017, I electronically served the foregoing **ENTRY OF APPEARANCE** with the clerk of the court using the ECF system to the following:

Timothy P. Schimberg, Esq.
Fowler, Schimberg, Flanagan, McLetchie
1640 Grant Street, Suite 150
Denver, CO 80203
T_schimberg@fsf-law.com
*Attorneys for Defendants*

> */s/ Carolyn Haddan*
> _____
> Carolyn Haddan, Litigation Paralegal