## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.   17-CV-00487-CBS

WELLES TONJES,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS FOR PARK COUNTY, in its official capacity;
THE PARK COUNTY SHERIFF'S OFFICE;
FRED WEGENER, in his individual capacity; and
MARK HANCOCK, in his individual capacity,

    Defendants,

## ENTRY OF APPEARANCE AND UNOPPOSED
## MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

    The Board of County Commissioners for Park County, "in its official capacity", the Park County Sheriff's Office, Sheriff Fred Wegener, in his individual capacity, and Mark Hancock, in his individual capacity ("Defendants"), by and through counsel, Timothy P. Schimberg and Eden R. Rolland, of Fowler, Schimberg, Flanagan & McLetchie, P.C., and Herbert C. (Lee) Phillips of The Phillips Law Offices, LLC, who hereby enter their appearances, state as follows:

    1.    A responsive pleading by the Defendants, all of whom accepted service through undersigned counsel, is due today, May 1, 2017.

    2.    Defendants respectfully request an extension of two days, to move or otherwise respond to the Complaint.

    3.    Plaintiff does not object to the two day extension.

Respectfully submitted this 1st day of May, 2017.

| THE PHILLIPS LAW OFFICES, LLC | FOWLER, SCHIMBERG, FLANAGAN & MCLETCHIE, P.C. |
|---|---|
| */s/ Herbert C. Phillips* | */s/ Timothy P. Schimberg* |
| Herbert C. Phillips, Atty. No. 8773 | Timothy P. Schimberg, Atty. No. 10686 |
| 675 Main Street | Eden R. Rolland, Atty. No. 48877 |
| P.O. Box 1046 | 1640 Grant Street, Suite 300 |
| Fairplay, CO  80440 | Denver, Colorado  80203 |
| Tel: 719-836-9005 | Tel: 303-298-8603 |
| Fax:  719-836-9010 | Fax: 303-298-8748 |
| lee@law-hcp.com | t_schimberg@fsf-law.com |
| *Attorney for Defendants* | e_rolland@fsf-law.com |
|  | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

John A. Culver, Esq.
Seth J. Benezra, Esq.
Adam W. Ray, Esq.
Benezra & Culver,P.C.
633 17th St., Suite 2610 Denver, CO 80202
E-mail: sjbenezra@bc-law.com
Email: jaculver@bc-law.com
Email: awray@bc-law.com
Attorneys for Plaintiff Welles Tonjes

                                                 */s/ Valerie Gremillion*
                                                 Valerie Gremillion

Copy provided to:

 Sheriff Fred Wegener,
Mark Hancock
Tom Eisenman