IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   17-cv-00487-CBS

WELLES TONJES,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS FOR PARK COUNTY, in its official capacity;
THE PARK COUNTY SHERIFF'S OFFICE;
FRED WEGENER, in his individual capacity; and
MARK HANCOCK, in his individual capacity,

    Defendants,

---

**ORDER GRANTING UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

---

    Upon review of Defendants, The Board of County Commissioners for Park County, the Park County Sheriff's Office, Sheriff Fred Wegener and Mark Hancock's ("Defendants") Unopposed Motion for Extension of Time to Respond to the Complaint, the Court hereby GRANTS the relief requested.

    The Defendants' response to the Complaint is due no later than May 3, 2017.

    Dated this _____ day of May, 2017.

BY THE COURT:

_____
Magistrate Judge Craig B. Shaffer