IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00487-CBS

WELLES TONJES,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS FOR PARK COUNTY, in its official capacity;
THE PARK COUNTY SHERIFF'S OFFICE;
FRED WEGENER, in his individual capacity; and
MARK HANCOCK, in his individual capacity,

    Defendants.
_____

**PLAINTIFF'S UNOPPOSED MOTION FOR 2-DAY EXTENSION OF TIME TO FILE THE PROPOSED SCHEDULING ORDER AND TO FILE THE ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION**
_____

    Plaintiff, Welles Tonjes, by and through his counsel, the law firm of Benezra & Culver, P.C., hereby files this unopposed Motion for 2-Day Extension of Time to File the Draft Scheduling Order and to File the Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction, and in support thereof states as follows:

    1.    **CERTIFICATION OF COMPLIANCE WITH D.C.COLO.LCivR 7.1A:**

Plaintiff's counsel has conferred with counsel for all other parties, who do not object to the requested two-day extension of time.

2. The Scheduling Conference in this matter is scheduled for May 15, 2017. As a result, a Proposed Scheduling Order and the Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction are both due May 8, 2017.

3. All parties are continuing to confer with their clients regarding the election concerning consent to magistrate judge jurisdiction and will have a definitive answer regarding consent within two days.

4. The Proposed Scheduling Order is complete with the exception of section seven.  However, because section seven of the Scheduling Order requires a statement regarding consent or non-consent, the same extension of time is necessary in order to submit a complete and accurate Proposed Scheduling Order.

5. For the reasons described herein, this Court should grant this Unopposed Motion for 2-Day Extension of Time to File the Draft Scheduling Order and to File the Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction.  Both the election concerning consent to magistrate judge jurisdiction and the Proposed Scheduling Order should now be due on May 10, 2017.

Respectfully submitted this 8th day of May, 2017.

           BENEZRA & CULVER, P.C.

           */s/ Adam W. Ray*
           _____
           John A. Culver, Esq.
           Seth J. Benezra, Esq.
           Adam W. Ray, Esq.
           633 17th Street, Suite 2610
           Denver, CO  80202
           (303) 716-0254

jaculver@bc-law.com  
sjbenezra@bc-law.com  
awray@bc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of May, 2017, I electronically served the foregoing **UNOPPOSED MOTION FOR 2-DAY EXTENSION OF TIME TO FILE THE PROPOSED SCHEDULING ORDER AND TO FILE THE ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION** with the clerk of the court using the ECF system to the following:

Timothy P. Schimberg, Esq.
Fowler, Schimberg, Flanagan, McLetchie
1640 Grant Street, Suite 150
Denver, CO 80203
T_schimberg@fsf-law.com
*Attorneys for Defendants*

Herbert C. Phillips, Atty. No. 8773
The Phillips Law Offices, LLC
675 Main Street, P.O. Box 1046
Fairplay, Colorado 80440
Tel: 719-836-9005
lee@law-hcp.com
*Attorney for Defendants*

                                         */s/ Adam W. Ray*
                                         _____
                                         Adam W. Ray, Esq