IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   17-CV-00487-CBS

WELLES TONJES,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS FOR PARK COUNTY, in its official capacity;
THE PARK COUNTY SHERIFF'S OFFICE;
FRED WEGENER, in his individual capacity; and
MARK HANCOCK, in his individual capacity,

    Defendants,

## ENTRY OF APPEARANCE OF EDEN R. ROLLAND

Eden R. Rolland, of Fowler, Schimberg, Flanagan & McLetchie, P.C., hereby enters her appearance on behalf of Defendants the Board of County Commissioners for Park County, the Park County Sheriff's Office, Sheriff Fred Wegener, and Mark Hancock.

Respectfully submitted this 12th day of May, 2017.

        FOWLER, SCHIMBERG, FLANAGAN &
        MCLETCHIE, P.C.


        */s/ Eden R. Rolland*
        Eden R. Rolland, Atty. No. 48877
        1640 Grant Street, Suite 300
        Denver, Colorado  80203
        Tel: 303-298-8603
        Fax: 303-298-8748
        e_rolland@fsf-law.com
        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 12, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

John A. Culver, Esq.
Seth J. Benezra, Esq.
Adam W. Ray, Esq.
Benezra & Culver,P.C.
633 17th St., Suite 2610 Denver, CO 80202
E-mail: sjbenezra@bc-law.com
Email: jaculver@bc-law.com
Email: awray@bc-law.com
Attorneys for Plaintiff Welles Tonjes

                                            */s/ Eden R. Rolland*
                                            Eden Rolland