IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 17-cv-00487-CBS          Date: May 15, 2017
Courtroom Deputy: Amanda Montoya       FTR – Reporter Deck-Courtroom A402

*Parties:*                             *Counsel:*

WELLES TONJES,                         Adam Ray


Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS      Timothy Schimberg
FOR PARK COUNTY, *et al.,*             Eden Rolland


Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING: RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 08:54 a.m.**
Court calls case.  Appearances of counsel.

Parties have held a Rule 26(f) meeting and Rule 26(a) disclosures have been fulfilled.

To the extent a protective is needed, it should be signed by the court before discovery responses are due.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Each party may depose: (1) any other party; (2) any expert witness identified by the other party, and (3) no more than ten (10) additional persons.
Each side shall be limited to **25** interrogatories, **25** requests for production, and **25** requests for admission.
Fact Discovery Cut-off: **November 17, 2017**
Expert Discovery Cut-off: **December 18, 2017**
Dispositive Motions Deadline: **January 17, 2018**
Each side shall be limited to **3** expert witnesses, absent leave of court.
Parties shall designate affirmative experts **on or before: October 2, 2017**
Parties shall designate rebuttal experts **on or before: November 6, 2017**

Interrogatories, requests for Production of Documents and Requests for Admissions shall be served **no later than THIRTY THREE DAYS** prior to close of discovery.

**ORDERED:**   A Telephone Status Conference is set for **November 13, 2017 at 11:00 a.m.** to provide an update on discovery, discuss impending motions for summary judgment, and to set a trial date.  Parties participating in the hearing shall initiate a conference call among themselves and call the court (303.844.2117) at the scheduled time.

**Counsel may not file any OPPOSED discovery motions without leave of court.  Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues.  If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection.  The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.**

Scheduling Order is signed and entered with interlineations.

Hearing concluded.

**Court in recess: 09:02 a.m.**
Total time in court:     00:08

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.