IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00487-CBS

WELLES TONJES,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS FOR PARK COUNTY, in its official capacity;
THE PARK COUNTY SHERIFF'S OFFICE;
FRED WEGENER, in his individual capacity; and
MARK HANCOCK, in his individual capacity,

    Defendants.
_____

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**
_____

    Plaintiff Welles Tonjes, by and through his counsel, the law firm of Benezra & Culver, P.C., hereby files his Motion for Extension of Time to Respond to Defendant's Motion to Dismiss as follows:

    1.    On May 3, 2017, Defendants filed their Motion to Dismiss. The deadline for a response by Plaintiff is May 30, 2017.

    2.    Plaintiff requests a brief extension of time, up to and including, June 20, 2017, to file his response to Defendants' Motion to Dismiss

    3.    Good cause exists for the requested extension. First, Defendant's Motion to Dismiss is unusually complex. It is thirty eight pages long and it moves to dismiss

each and every claim against all Defendants, sometimes with separate issues being raised within each claim. Moreover during a portion of the response period, Plaintiff's attorney John Culver was out of town for five days in New Orleans, and for four days in New York. Additionally, Plaintiff's counsel has significant other responsibilities that necessitate additional time for this Response, including the following: (1) depositions and mediation with the Judicial Arbiter Group in *Curran v. AcuStream et al*, CA no. 2016cv031050, currently pending in District Court of Boulder County; (2) depositions in *Fisher v. City and County of Denver et al*, CA no. 16-cv-01796-RPM currently pending in the United States District Court for the District of Colorado; (3) mediation with the Judicial Arbiter Group in *Scanlon v. Town of Basalt et al.*; (4) coordinating and interviewing the opt-in Plaintiffs of a collective action in *Duran v. H&M Maintenance, LLC et al*, CA no. 16-cv-01568-MSK-KMT currently pending in the United States District Court for the District of Colorado; (5) a qualified immunity hearing in *Prestwich v. Colorado Department of Education et al*, CA no. 2016cv32106 currently pending in the Denver District Court; and (6) drafting of multiple charges for filing at the Equal Employment Opportunity Commission ("EEOC");

    4.    No party will be prejudiced by granting the twenty one day extension.

    5.    **CERTIFICATION OF COMPLIANCE WITH D.C.COLO.LCivR 7.1A** Plaintiff's counsel has conferred with Defendants' counsel and informs this Court that Defendants' counsel would not oppose a ten day extension of time, but does oppose the request for a twenty one day extension.

6.      For the reasons described herein, this Court should grant Plaintiff's Motion for Extension of Time to Respond to Defendants' Motion to Dismiss, up to and including, June 20, 2017.

Respectfully submitted this 26th day of May, 2017.

BENEZRA & CULVER, P.C.

*/s/ Adam W. Ray*

_____

John A. Culver, Esq.
Seth J. Benezra, Esq.
Adam W. Ray, Esq.
633 17th Street, Suite 2610
Denver, CO  80202
(303) 716-0254
jaculver@bc-law.com
sjbenezra@bc-law.com
awray@bc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the **26th** day of May, 2017, I electronically served the foregoing **PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** with the clerk of the court using the ECF system to the following:

Timothy P. Schimberg, Esq.
Fowler, Schimberg, Flanagan, McLetchie
1640 Grant Street, Suite 150
Denver, CO 80203
T_schimberg@fsf-law.com
*Attorneys for Defendants*

Herbert C. Phillips, Esq.
The Phillips Law Offices, LLC
675 Main Street, P.O. Box 1046
Fairplay, Colorado 80440
lee@law-hcp.com
*Attorney for Defendants*

                                              */s/ Adam W. Ray*
                                              _____
                                              Adam W. Ray, Esq