IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 17-cv-00487-CBS          Date: June 1, 2017
Courtroom Deputy: Amanda Montoya          FTR – Reporter Deck-Courtroom A402

*Parties:*                                  *Counsel:*

WELLES TONJES,                              Adam Ray

Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS   Timothy Schimberg
FOR PARK COUNTY, *et al.,*

Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING: TELEPHONE STATUS CONFERENCE**
**Court in session: 04:02 p.m.**
Court calls case.  Appearances of counsel.

Discussion regarding *[22] Plaintiff's Motion for Extension of Time to Respond to Defendants' Motion to Dismiss*.  Defendants oppose the motion.

**ORDERED:**   *[22] Plaintiff's Motion for Extension of Time to Respond to Defendants' Motion to Dismiss* is **GRANTED** and the Plaintiff's response to *[13] Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6)* is due **on or before June 20, 2017.**

Oral argument on the motion to dismiss is set for **July 13, 2017 at 1:30 p.m.**  The court intends to rule from the bench.

HEARING CONCLUDED.

**Court in recess: 04:14 p.m.**
Total time in court: 00:12

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.