IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   17-CV-00487-CBS

WELLES TONJES,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS FOR PARK COUNTY, in its official capacity;
THE PARK COUNTY SHERIFF'S OFFICE;
FRED WEGENER, in his individual capacity; and
MARK HANCOCK, in his individual capacity,

    Defendants,

## ENTRY OF APPEARANCE OF HERBERT C. PHILLIPS

Herbert C. (Lee) Phillips, of The Phillips Law Offices, LLC, hereby enters his appearance on behalf of Defendants the Board of County Commissioners for Park County, the Park County Sheriff's Office, Sheriff Fred Wegener, and Mark Hancock.

Respectfully submitted this 6th day of June, 2017.

    THE PHILLIPS LAW OFFICES, LLC


*/s/ Herbert C. Phillips*
Herbert C. Phillips, Atty. No. 8773
675 Main Street
P.O. Box 1046
Fairplay, CO  80440
Tel: 719-836-9005
Fax:  719-836-9010
lee@law-hcp.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

John A. Culver, Esq.
Seth J. Benezra, Esq.
Adam W. Ray, Esq.
Benezra & Culver,P.C.
633 17th St., Suite 2610 Denver, CO 80202
E-mail: sjbenezra@bc-law.com
Email: jaculver@bc-law.com
Email: awray@bc-law.com
Attorneys for Plaintiff Welles Tonjes

/s/Peggy S. Nielsen