IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00487-CBS

WELLES TONJES,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS FOR PARK COUNTY, in its official capacity;
THE PARK COUNTY SHERIFF'S OFFICE;
FRED WEGENER, in his individual capacity; and
MARK HANCOCK, in his individual capacity,

    Defendants.
_____

**PLAINTIFF WELLES TONJES' NOTICE OF PARTIAL DISMISSAL**
_____

    Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff Welles Tonjes, by and through his counsel, the law firm of Benezra & Culver, P.C., submits his Notice of Partial Dismissal a follows:

    1.    While Defendants have filed a Motion to Dismiss, they have not filed an Answer or Motion for Summary Judgment. Consequently, Fed.R.Civ.P. 41(a)(1)(A)(i) governs the voluntary dismissal of claims or Defendants by Plaintiff Tonjes.

2. In order to streamline this litigation and reduce attorney's fees and costs, Plaintiff Tonjes submits Notice of the Dismissal with prejudice of his claims [1] against Defendant The Board of County Commissioners for Park County ("BOCC"), his Sixth Claim for Relief for Intentional Interference with Contract, and his Seventh Claim for Relief for Defamation.  By this Notice, Plaintiff Tonjes is not dismissing any other Defendants or claim for relief.

3. **CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)**: To the extent compliance with this Rule is required in this context, Plaintiff's counsel has conferred with defense counsel.  Defendants do not oppose this Notice.

Respectfully submitted this 19th day of June, 2017.

**BENEZRA & CULVER, P.C.**

*/s/ John A. Culver*
_____
John A. Culver, Esq.
Seth J. Benezra, Esq.
Adam W. Ray, Esq.
633 17th Street, Suite 2610
Denver, CO  80202
(303) 716-0254
jaculver@bc-law.com
sjbenezra@bc-law.com
awray@bc-law.com

---

[1] In volunteering to dismiss Defendant BOCC, Plaintiff Tonjes is relying on the representations of Defendants in their Motion to Dismiss, page 30.

2

## CERTIFICATE OF SERVICE

  I hereby certify that on the 19th day of June, 2017, I electronically served the foregoing **PLAINTIFF WELLES TONJES' NOTICE OF PARTIAL DISMISSAL** with the clerk of the court using the ECF system to the following:

Timothy P. Schimberg, Esq.
Fowler, Schimberg, Flanagan & McLetchie, P.C.
1640 Grant Street, Suite 300
Denver, CO 80203
T_schimberg@fsf-law.com
*Attorneys for Defendants*

Herbert C. Phillips, Esq.
The Phillips Law Offices, LLC
675 Main Street, P.O. Box 1046
Fairplay, Colorado 80440
lee@law-hcp.com
*Attorney for Defendants*

                */s/ Carolyn Haddan*
                _____
                C. Haddan, Litigation Paralegal