IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   17-cv-00487-CBS

WELLES TONJES,

      Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS FOR PARK COUNTY, in its official capacity;
THE PARK COUNTY SHERIFF'S OFFICE;
FRED WEGENER, in his individual capacity; and
MARK HANCOCK, in his individual capacity,

      Defendants,

---

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

---

Defendants, by and through their attorneys Timothy P. Schimberg, Eden R. Rolland and Herbert C. Phillips, hereby file their Unopposed Motion for Extension of Time to File their Reply Brief in support of their Motion to Dismiss, and state as follows:

**D.C.COLO.LCivR 7.1(a) Certification:** Counsel for Defendants conferred with Plaintiff's counsel regarding this Motion.  Plaintiff's attorneys have no objection to the relief requested.  Their professionalism is appreciated.

1.    Due to the 4th of July holiday, vacation days of support staff, and unanticipated technological problems visited upon undersigned's office, Defendants respectfully request an extension of time of two (2) full days within which to file their Reply Brief in support of their previously filed Motion to Dismiss.

2.    The Reply Brief in support of the Motion to Dismiss is due on Wednesday, July 5,

2017.

  3. Defendants will make every effort to file their Reply Brief but due to the above realities, the two days may be necessary.

  4. The Motion is not filed for the purposes of delay but rather in the interest of justice.

  WHEREFORE, Defendants respectfully request an extension of time up to and including July 7, 2017 within which to file their Reply in Support of Motion to Dismiss.

  Respectfully submitted this 3rd day of July, 2017.

| | |
|---|---|
| */s/ Herbert C. Phillips* | */s/ Timothy P. Schimberg* |
| Herbert C. (Lee) Phillips, Atty. No. 8773 | Timothy P. Schimberg, Atty. No. 10686 |
| The Phillips Law Offices, LLC | Eden R. Rolland, Atty. No. 48877 |
| 675 Main Street | Fowler, Schimberg, Flanagan & McLetchie, P.C. |
| P.O. Box 1046 | 1640 Grant Street, Suite 300 |
| Fairplay, CO 80440 | Denver, Colorado  80203 |
| Tel: (719) 836-9005 | Tel: 303-298-8603 |
| Lee@law-hcp.com | Fax: 303-298-8748 |
| Attorney for Defendants | t_schimberg@fsf-law.com |
| | e_rolland@fsf-law.com |
| | Attorney for Defendants |

## CERTIFICATE OF SERVICE

  I hereby certify that on July 3, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

John A. Culver, Esq.
Seth J. Benezra, Esq.
Adam W. Ray, Esq.
Benezra & Culver,P.C.
633 17th St., Suite 2610
Denver, CO 80202
E-mail: sjbenezra@bc-law.com

                */s/ Valerie Gremillion*
                Valerie Gremillion