IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   17-cv-00487-CBS

WELLES TONJES,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS FOR PARK COUNTY, in its official capacity;
THE PARK COUNTY SHERIFF'S OFFICE;
FRED WEGENER, in his individual capacity; and
MARK HANCOCK, in his individual capacity,

    Defendants,

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Upon review of Defendants, The Board of County Commissioners for Park County, the Park County Sheriff's Office, Sheriff Fred Wegener and Mark Hancock's ("Defendants") Unopposed Motion for Extension of Time to File Reply Brief, the Court hereby GRANTS the relief requested.

The Defendants' Reply Brief is due no later than July 5, 2017.

Dated this _____ day of July, 2017.

                                            BY THE COURT:

                                            Magistrate Judge Craig B. Shaffer