IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   17-cv-00487-CBS

WELLES TONJES,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS FOR PARK COUNTY, in its official capacity;
THE PARK COUNTY SHERIFF'S OFFICE;
FRED WEGENER, in his individual capacity; and
MARK HANCOCK, in his individual capacity,

    Defendants,

---

**AFFIDAVIT OF SARAH KIMSEY**

---

I, Sarah Kimsey, being of lawful age and duly sworn, testify under oath as follows:

1. I serve as the Assistant to the Sheriff and also act as the Business Manager at the Park County Sheriff's Office.

2. During Welles Tonjes' period of employment with the Park County Sheriff's Office, my duties included overseeing the maintaining of records of the Park County Sheriff's policy and personnel documents, to include the Park County Sheriff's Office Policy and Procedures Manual ("Manual"). The Manual is subdivided into sections by topic area. The second section of the Manual sets forth the policies and procedures at the Park County Sheriff's Office related to "Administration." This section includes Policy

Number 201, which, among other things, defines "POLICY" and "PROCEDURES" as those terms relate to the Park County Sheriff's Office Policy and Procedure Manual.

3. The Manual is updated from time to time. I have verified that "Exhibit B," as attached to the Defendants' Motion to Dismiss, is a true and accurate copy of Policy Number 201 that was in effect in February, 2016.

FURTHER AFFIANT SAYETH NOT.

_____
SARAH KIMSEY

STATE OF COLORADO  )
                   ) ss.
COUNTY OF PARK     )

SUBSCRIBED AND SWORN TO before me this 7th of July, 2017, by Sarah Kimsey.

Witness my hand and official seal:

[SEAL]

Scott Theobald
Notary Public
State of Colorado
Notary ID 20034033739
My Commission Expires June 24, 2020

_____
Notary Public

My commission expires: 06-24-2020

Defendants' Motion to Dismiss - Exhibit B
POLICY 201

# PARK COUNTY SHERIFF'S OFFICE
# POLICY AND PROCEDURE MANUAL

| *Effective Date*: 10-11-02 | *Approval:* | | *Number:* 201 |
|---|---|---|---|
| *Subject:* **WRITTEN DIRECTIVES** | | | |
| *Reference:* | | *Standard:* | |
| *Chapter*: II | *Reevaluation Date:* | | *No. Pages:* 3 |

**I. PURPOSE:**
   Directives establish the lines of communication, authority, and accountability within the Office. They also establish the course of action the Office undertakes in order to achieve stated goals and objectives.  Directives explain the Office philosophy and define the individual limits of discretion under defined circumstances.

**II. DEFINITIONS:**

   POLICY:  A written directive that is a broad statement of agency principles.  Policy statements may be characterized by such words as "may" or "should" and usually do not establish fixed rules or set procedures for conduct of a particular activity, but rather provide a framework for development of procedures, rules, and regulations.

   PROCEDURES:  A written directive is a guideline for carrying out agency activities.  A procedure may be made mandatory through the use of "shall" rather than "should" or "will" rather than "may."  Procedures sometimes allow latitude and discretion in carrying out an activity.

   WRITTEN DIRECTIVE:  Any written document used to guide or affect the performance or conduct of Office members.  The term includes policy, procedure, rules and regulations, special orders, memorandums, bulletins , or post orders.

**III. POLICY:**
   It is the responsibility of the Park County Sheriff's Office to provide all members with written directives that will serve as guidelines in communicating changes that occur within the organization.

**IV. PROCEDURE:**

   A. Policy statements will be approved and issued by the Sheriff.  The Sheriff may amend or cancel policy directives at any time.  In the Sheriff's absence, the Undersheriff may issue policies and procedures, which may be amended upon the return of the Sheriff.

      1. All policy statements, amendments, and cancellations will be maintained by the Support Services Division.

      2. A policy will be considered in effect when initialed by the Sheriff or his designated authority.

      3. Policies will be distributed to all members of the Sheriff's Office.  Members will be held responsible for reading and understanding each directive.

   B.   APPROPRIATE SUBJECTS OF WRITTEN OFFICE POLICY WILL INCLUDE, BUT ARE NOT LIMITED TO:

      1.  Organizational structure and any changes to the structure.

      2.  Procedures which affect more than one division.

      3.  Personnel rules, regulations, and procedures to include: hiring, training, retaining, promoting, and transferring between divisions.

      4.  Organizational goals and objectives.

   C.   POLICY FORMAT

      1.  Policy directives contained in this manual shall follow the standardized format adopted by the Park County Sheriff's Office, as exemplified by this policy.

      2.  The Sheriff's Office Policy and Procedure Manual shall be cited using the following outline:  201 - IV - A. - 1. - A) - 1)
          201     is the Policy
          IV      is the Topic
          A       is the Section
          1.      is the Sub-Section
          A)     is the Paragraph
          1)      is the Sub-Paragraph

   D.   MAINTENANCE OF POLICY

      1.  It is the responsibility of the Support Services Division to coordinate, review, revise, update, or purge the Office policy manual on an annual basis or as directed by the Sheriff.

      2.  The Support Services Division shall coordinate the development, staffing, and issuance of all policies.

      3.  The staffing of proposed policies will include:

          A)  Sheriff
          B)  Undersheriff
          C)  All Division Commanders

      4.  When the Support Services Division receives a proposed policy or revision, it will be word processed in proper format and forwarded to the appropriate Divisions for staffing.

      5.  The Division Commanders shall review all proposed changes.  All suggestions shall be presented in final draft format.  The Support Services Division shall maintain copies of all proposals, as well as a permanent file of all policies prior to each revision.

      6.  Once policies and/or procedures are staffed and approved by the Sheriff, they will be distributed to all members of the Office.  Each member is responsible for reading the policy and placing the directive into the appropriate manual.

    E.  DIRECTIVES or SPECIAL ORDERS

        Any special order or directives signed by the Sheriff and posted on the bulletin boards of the Office, Divisions, Section, or Unit within the Office shall command the same attention and compliance as the policies and procedures of the Office.