IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 17-cv-00487-CBS | Date:  July 13, 2017 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                                 *Counsel:*

WELLES TONJES,                                                  Adam Ray
                                                                                    John Culver

Plaintiff,

v.

THE BOARD OF COUNTY                                    Eden Rolland
COMMISSIONERS  FOR PARK COUNTY,    Timothy Schimberg
*et al.,*

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: ORAL ARGUMENT**
**Court in session: 01:29 p.m.**
Court calls case.  Appearances of counsel.

**ORDERED:**   Pursuant to *[26] Plaintiff Welles Tonjes' Notice of Partial Dismissal*, defendant The Board of County Commissioners for Park County and the sixth and seventh claims for relief are DISMISSED.

Discussion and argument regarding *[13] Defendants' Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(1) and 12(b)(6).*

Comments by the court.

Counsel shall await a written ruling on the motion.

HEARING CONCLUDED.

**Court in recess: 03:25 p.m.**
Total time in court: 01:56

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.