IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00487-CBS

WELLES TONJES,

    Plaintiff,

v.

THE PARK COUNTY SHERIFF'S OFFICE;
FRED WEGENER, in his individual capacity; and
MARK HANCOCK, in his individual capacity,

    Defendants.
_____

### NOTICE OF CHANGE OF ADDRESS
_____

    PLEASE TAKE NOTICE that effective August 11, 2017, undersigned counsel's new office suite will be changed from Suite 2610 to **Suite 1450** at 633 17th Street, Denver, Colorado, 80202. All other information remains the same.

    Respectfully submitted this 8th day of August, 2017.

    **BENEZRA & CULVER, P.C.**

    */s/ John A. Culver*
    _____
    John A. Culver, Esq.
    Seth J. Benezra, Esq.
    Adam W. Ray, Esq.
    633 17th Street, Suite 2610
    Denver, CO  80202
    Phone: (303) 716-0254
    Fax: (303) 716-0327

        jaculver@bc-law.com
        sjbenezra@bc-law.com
        awray@bc-law.com

*Counsel for Plaintiff Welles Tonjes*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of August, 2017, I electronically served the foregoing **NOTICE OF CHANGE OF ADDRESS** with the clerk of the court using the ECF system to the following:

Timothy P. Schimberg, Esq.
Eden R. Rolland, Esq.
Fowler, Schimberg, Flanagan & McLetchie, P.C.
1640 Grant Street, Suite 300
Denver, CO 80203
T_schimberg@fsf-law.com
*Attorneys for Defendants*

Herbert C. Phillips, Esq.
The Phillips Law Offices, LLC
675 Main Street, P.O. Box 1046
Fairplay, Colorado 80440
lee@law-hcp.com
*Attorney for Defendants*

        */s/ Carolyn Haddan*
        _____
        C. Haddan, Litigation Paralegal