IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00487-CBS

WELLES TONJES,

    Plaintiff,

v.

THE PARK COUNTY SHERIFF'S OFFICE;
FRED WEGENER, in his individual capacity; and
MARK HANCOCK, in his individual capacity,

    Defendants.

_____

**JOINT MOTION TO AMEND THE SCHEDULING ORDER**
_____

The Parties, by and through their respective counsel, hereby submit their Joint Motion to Amend the Scheduling Order, and state as follows:

1. On May 15, 2017, this Court entered a scheduling Order setting the deadline for designation of expert witnesses as October 2, 2017, the deadline for designation of contradicting experts as November 6, 2017, discovery cut-off for November 17, 2017, and the deadline for dispositive motions for January 17, 2018.

2. On July 13, 2017, this Court heard oral argument regarding Defendants' Motion to Dismiss. Following argument, The Board of County Commissioners for Park County and the sixth and seventh claim for relief were dismissed, and counsel was

instructed to await a written ruling. As of the filing of this motion, no written ruling has been issued.

3. The parties have been diligently conducting discovery but need a sixty-day extension of the above listed deadlines.

4. Good cause exists for the requested extensions. First, the parties have engaged in settlement discussions and have a mediation set with Ann Frick at the Judicial Arbiter Group on November 3, 2017. Additionally, the parties, counsel, and witnesses in this matter have also been participating in depositions for the civil action related to Mr. Carrigan's death, *Estate of Nate Carrigan, et al. v. Park Count Sheriff's Office, et al.* Civil Action No. 16-cv-03079-MSK-MJW. Participation in these depositions has limited the availability for depositions to occur in this matter.

5. As a result, the parties request the deadline for designation of expert witnesses be extended to December 1, 2017, the deadline for designation of contradicting experts extended to January 5, 2018, the discovery cut-off extended to January 16, 2018, and the deadline for dispositive motions be extended to March 19, 2018, in order to effectively and economically conduct discovery.

6. No parties will be prejudiced by granting the extension.

7. For the reasons described herein, this Court should grant the Joint Motion to Amend the Scheduling Order.

Respectfully submitted this 2nd day of October, 2017.


*s/ Adam W. Ray*
_____
John A. Culver
Seth J. Benezra
Adam W. Ray
BENEZRA & CULVER, P.C.
Colorado Plaza Tower #1
633 17th Street
Suite 1450
Denver, CO  80202
(303) 716-0254
jaculver@bc-law.com
sjbenezra@bc-law.com
awray@bc-law.com
Attorneys for Plaintiff

*s/ Timothy Schimberg*
_____
Timothy P. Schimberg
Eden R. Roland
Fowler Schimberg Flanagan &
McLetchie, P.C.
1640 Grant Street
#150
Denver, CO  80204
303-298-8603
T_Schimberg@fsf-law.com
E_Roland@fsf-law.com
Attorney for Defendants

*s/* Herbert C. Phillips
_____
Herbert C. Phillips
The Phillips Law Offices, LLC
675 Main Street, P.O. Box 1046
Fairplay, CO 80440
719-836-9005
lee@law-hcp.com
Attorney for Defendants

3