UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00487-CBS

WELLES TONJES,

    Plaintiff(s),

v.

THE BOARD OF COUNTY COMMISSIONERS FOR PARK COUNTY; in its official capacity;

PARK COUNTY SHERIFF'S OFFICE,

FRED WEGENER, in his individual capacity; and

MARK HANCOCK, in his individual capacity,

    Defendant(s).
_____

## ENTRY OF APPEARANCE
_____

    Josh A. Marks of the law firm of Berg Hill Greenleaf Ruscitti LLP hereby enters his appearance as counsel for the Defendant Mark Hancock in the above-captioned matter.

    Respectfully submitted this 30th day of October, 2017.

                                  *s/ Josh A. Marks*
                                  _____
                                  Josh A. Marks
                                  1712 Pearl Street
                                  Boulder, CO  80302
                                  Phone:  (303) 402-1600
                                  Fax:  (303) 402-1601
                                  Email:  jam@bhgrlaw.com

                                  *Attorney for Defendant Mark Hancock*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 30th day of October, 2017, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses,

| | |
|---|---|
| John A. Culver | Timothy P. Schimberg |
| Adam W. Ray | Eden R. Rolland |
| Benezra & Culver, L.L.C. | Fowler, Schimberg, Flanagan & |
| Colorado Plaza Tower #1 | McLetchie, P.C |
| 633 17th Street, Suite 1310 | 1640 Grant Street, Suite 150 |
| Denver, CO 80202 | Denver, CO 80203 |
| jaculver@bc-law.com | t_schimberg@fsf-law.com |
| awray@bc-law.com | e_rolland@fsf-law.com |

Herbert C. Phillips
Hayes Phillips Hoffmann & Carberry PC
P.O. Box 1046
675 Main Street
Fairplay, CO 80440
Lee@law-hcp.com

*s/ Cheryl Stasiak*
_____
Cheryl Stasiak

2