UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00487-CBS

WELLES TONJES,

      Plaintiff(s),

v.

THE BOARD OF COUNTY COMMISSIONERS FOR PARK
COUNTY; in its official capacity;

PARK COUNTY SHERIFF'S OFFICE,

FRED WEGENER, in his individual capacity; and

MARK HANCOCK, in his individual capacity,

      Defendant(s).

_____

**ENTRY OF APPEARANCE**
_____

     David J. Goldfarb of the law firm of Berg Hill Greenleaf Ruscitti LLP hereby enters his appearance as counsel for the Defendant Mark Hancock in the above-captioned matter.

     Respectfully submitted this 30th day of October, 2017.


*s/ David J. Goldfarb*

_____
Josh A. Marks
David J. Goldfarb
1712 Pearl Street
Boulder, CO  80302
Phone:  (303) 402-1600
Fax:  (303) 402-1601
Email:  jam@bhgrlaw.com
        djg@bhgrlaw.com

*Attorneys for Defendant Mark Hancock*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 30th day of October, 2017, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses,

John A. Culver
Adam W. Ray
Benezra & Culver, L.L.C.
Colorado Plaza Tower #1
633 17th Street, Suite 1310
Denver, CO 80202
jaculver@bc-law.com
awray@bc-law.com

Timothy P. Schimberg
Eden R. Rolland
Fowler, Schimberg, Flanagan &
McLetchie, P.C
1640 Grant Street, Suite 150
Denver, CO 80203
t_schimberg@fsf-law.com
e_rolland@fsf-law.com

Herbert C. Phillips
Hayes Phillips Hoffmann & Carberry PC
P.O. Box 1046
675 Main Street
Fairplay, CO 80440
Lee@law-hcp.com


*s/ Cheryl Stasiak*
_____
Cheryl Stasiak