UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00487-CBS

WELLES TONJES,

Plaintiff(s),

v.

THE BOARD OF COUNTY COMMISSIONERS FOR PARK
COUNTY; in its official capacity;

PARK COUNTY SHERIFF'S OFFICE,

FRED WEGENER, in his individual capacity; and

MARK HANCOCK, in his individual capacity,

Defendant(s).
_____

**DEFENDANT MARK HANCOCK'S UNOPPOSED MOTION
TO AMEND SCHEDULING ORDER**
_____

Defendant Mark Hancock, by and through his undersigned counsel Josh A. Marks and David J. Goldfarb of Berg Hill Greenleaf Ruscitti LLP, respectfully submits this Unopposed Motion to Amend Scheduling Order, and states as follows:

1.      Pursuant to D.C.COLO.LCivR. 7.1, on November 1, 2017, the undersigned conferred with counsel for Plaintiff, Adam W. Ray, and counsel for Defendants Park County Sheriff's Office and Fred Wegner, Timothy Schimberg, by phone regarding extending discovery deadlines in this case to not only accommodate their entry into this case, but also with the mindset of streamlining discovery for the purposes of filing motions for summary judgment and cost effectiveness.  Both counsel indicated they do not oppose the relief requested herein.

2.      Following the May 15, 2017 Rule 16(b) scheduling conference, the Court established the following deadlines: (1) the fact discovery cut-off is November 17, 2017; (2) the expert discovery cut-off is December 18, 2017; and the dispositive motions deadline is January 17, 2018.  [*See* Dkt. ## 20 and 21.]

3.      On October 3, 2017, the Court amended the scheduling order to extend the affirmative and rebuttal expert disclosure deadlines to December 1, 2017 and January 5, 2018.  Similarly, the Court extended the discovery cut-off date to January 16, 2018 and the dispositive motions deadline to March 19, 2018.  [*See* Dkt. # 35.]

4.      On October 30, 2017, the undersigned entered their appearance on behalf of Defendant Hancock.  [Dkt. ## 36 and 37.]  The undersigned presently represent Defendant Hancock in the companion case, *Estate of Nate Carrigan et al. v. Park County Sheriff's Office et al.*, Civil Action No. 16-cv-03079-MSK-MJW.  Although this case stems from the incident which forms the basis of Civil Action No. 16-cv-03079-MSK-MJW, the claims Plaintiff asserted against Defendant Hancock, and the other defendants, relate to the alleged termination of his employment at the Park County Sherriff's Office.

5.      The parties understand the need to move discovery forward and are currently discussing scheduling depositions to occur during the first two weeks of December 2017 and the middle two weeks of January 2018.

6.      In order to permit Defendant Hancock, and the other parties, to conduct the discovery necessary for the present case, Defendant Hancock requests the Court amend the Scheduling Order to extend the discovery cut-off to March 16, 2018, expert

discovery cut-off to April 17, 2018 (including extending the affirmative expert deadline to January 30, 2018 and the rebuttal expert deadline to March 6, 2018), and the dispositive motion deadline to May 17, 2018.

7.      In accord with D.C.COLO.LCivR. 6.1, counsel certify that they are sending a copy of this motion to their client.

8.      Defendant Hancock has not sought any previous extensions of these deadlines.

WHEREFORE, for good cause shown, Defendant Hancock respectfully requests that the Court amend the Scheduling Order to extend the discovery cut-off to March 16, 2018, expert discovery cut-off to April 17, 2018 (including extending the affirmative expert deadline to January 30, 2018 and the rebuttal expert deadline to March 6, 2018), and the dispositive motion deadline to May 17, 2018.

Respectfully submitted this 2nd day of November, 2017.

*s/ David J. Goldfarb*

_____
Josh A. Marks
David J. Goldfarb
1712 Pearl Street
Boulder, CO  80302
Phone:  (303) 402-1600
Fax:  (303) 402-1601
Email:  jam@bhgrlaw.com
        djg@bhgrlaw.com

*Attorneys for Defendant Mark Hancock*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November, 2017, I electronically filed the foregoing **DEFENDANT MARK HANCOCK'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses,

John A. Culver
Adam W. Ray
Benezra & Culver, L.L.C.
Colorado Plaza Tower #1
633 17th Street, Suite 1310
Denver, CO 80202
jaculver@bc-law.com
awray@bc-law.com

Timothy P. Schimberg
Eden R. Rolland
Fowler, Schimberg, Flanagan &
McLetchie, P.C
1640 Grant Street, Suite 150
Denver, CO 80203
t_schimberg@fsf-law.com
e_rolland@fsf-law.com

Herbert C. Phillips
Hayes Phillips Hoffmann & Carberry
PC
P.O. Box 1046
675 Main Street
Fairplay, CO 80440
Lee@law-hcp.com

*s/ Cheryl Stasiak*

_____
Cheryl Stasiak