UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00487-CBS

WELLES TONJES,

    Plaintiff(s),

v.

THE BOARD OF COUNTY COMMISSIONERS FOR PARK COUNTY; in its official capacity;

PARK COUNTY SHERIFF'S OFFICE,

FRED WEGENER, in his individual capacity; and

MARK HANCOCK, in his individual capacity,

    Defendant(s).

_____

**ORDER GRANTING UNOPPOSED MOTION
TO AMEND SCHEDULING ORDER**
_____

The Court, having reviewed Defendant Mark Hancock's Unopposed Motion to Amend Scheduling Order, and being duly advised in the premises, and for good cause shown, does hereby GRANT the motion. The Court amends the scheduling order to extend the discovery cut-off to March 16, 2018, expert discovery cut-off to April 17, 2018 (including extending the affirmative expert deadline to January 30, 2018 and the rebuttal expert deadline to March 6, 2018), and the dispositive motion deadline to May 17, 2018.

2

Dated this _____ day of _____, 2017.

BY THE COURT:

_____
Magistrate Judge Craig B. Shaffer