UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00487-KHR

WELLES TONJES,

      Plaintiff(s),
v.

PARK COUNTY SHERIFF'S OFFICE,
FRED WEGENER, in his individual capacity; and
MARK HANCOCK, in his individual capacity,

      Defendant(s).
_____

### ORDER GRANTING UNOPPOSED MOTION
### TO AMEND SCHEDULING ORDER
_____

The Court, having reviewed Defendant Mark Hancock's Unopposed Motion to Amend Scheduling Order, and being duly advised in the premises, and for good cause shown, does hereby GRANT the motion.

The Court amends the scheduling order to extend the affirmative expert deadline to January 30, 2018, the rebuttal expert deadline to March 6, 2018, the fact discovery cut-off to March 16, 2018, the expert discovery cut-off to April 17, 2018, and the dispositive motion deadline to May 17, 2018.

Dated this 15th day of November, 2017.

BY THE COURT:

*s/Kelly H. Rankin*
United States Magistrate Judge