**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   17-cv-00487-KHR

WELLES TONJES,

     Plaintiff,

v.

THE PARK COUNTY SHERIFF'S OFFICE;
FRED WEGENER, in his individual capacity; and
MARK HANCOCK, in his individual capacity,

     Defendants,

---

## **UNOPPOSED MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

---

Plaintiff, Welles Tonjes, by and through his counsel, the law firm of Benezra & Culver, P.C., files this Unopposed Motion for Entry of Stipulated Protective Order, pursuant to Fed. R. Civ. P. 26(c)(1) and in support states as follows:

1. **CERTIFICATION OF CONFERRAL PURSUANT TO D.C.COLO.LCivR 7.1A**: Undersigned counsel certifies that they conferred in good faith with counsel for Defendants about the contents of the attached proposed Stipulated Protective Order Concerning Confidential Information ("Protective Order"). All Parties in this action stipulate to the filing of this Motion and entry of the attached Protective Order.

2. This is an action that the Parties anticipate will require the production of confidential, proprietary, or private information for which special protection from public disclosure and from use for any purpose other than prosecuting this litigation may be warranted.

3. Fed. R. Civ. P. 26(c) provides for the entry of "an order to protect a party or person from annoyance, embarrassment, oppression or undue burden or expense."

4. To protect each party's confidential information, the Parties have agreed to the attached proposed Protective Order in form and substance.

5. The Parties agree that, under the proposed Protective Order, information shall be designated as "Confidential" by counsel for the designating party only after review of the information, who will certify that the designation is based on a good faith belief that the information is confidential or otherwise entitled to protection.

WHEREFORE, Plaintiff respectfully requests that the Court enter the Parties' attached proposed Stipulated Protective Order Concerning Confidential Information.

Respectfully submitted this 20th day of December, 2017.

BENEZRA & CULVER, P.C.

*s/ Adam W. Ray*
_____
John A. Culver
Seth J. Benezra
Adam W. Ray
BENEZRA & CULVER, P.C.
Colorado Plaza Tower #1
633 17th Street
Suite 1310
Denver, CO  80202
(303) 716-0254
jaculver@bc-law.com
sjbenezra@bc-law.com
awray@bc-law.com
*Attorneys for Plaintiff*

2

### CERTIFICATE OF SERVICE

I hereby certify that on the **20th** day of December, 2017, I electronically served the foregoing **UNOPPOSED** **MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER** with the clerk of the court using the ECF system to the following:

Timothy P. Schimberg
Eden R. Rolland
Fowler Schimberg Flanagan & McLetchie, P.C.
1640 Grant Street, Suite 300
Denver, CO  80204
303-298-8603
T_Schimberg@fsf-law.com
E_Rolland@fsf-law.com
*Attorneys for Defendants Park County Sheriff's Office and Fred Wegener*


Herbert C. Phillips, Esq.
The Phillips Law Offices, LLC
675 Main Street
Fairplay, CO 80440
lee@law-hcp.com
*Attorney for Defendants Park County Sheriff's Office and Fred Wegener*


Josh A. Marks, Esq.
David J. Goldfarb, Esq.
Berg Hill Greenleaf Ruscitti, LLP
1712 Pearl Street
Boulder, CO 80302
jam@bhgrlaw.com
djg@bhgrlaw.com
*Attorneys for Defendant Hancock*


    *s/ Adam W. Ray*
    _____
    Adam W. Ray, Esq.