# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.   17-cv-00487-KHR

WELLES TONJES,

    Plaintiff,

v.

THE PARK COUNTY SHERIFF'S OFFICE;
FRED WEGENER, in his individual capacity; and
MARK HANCOCK, in his individual capacity,

    Defendants,

---

## PLAINTIFF WELLES TONJES' NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE, OF DEFENDANTS FRED WEGENER AND MARK HANCOCK

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Welles Tonjes, by and through counsel, the law firm of Benezra & Culver, P.C., submits the following Notice of Voluntary Dismissal, With Prejudice, of Defendants Fred Wegener and Mark Hancock:

1.    Defendants filed a Motion to Dismiss, but did not file an Answer or Motion for Summary Judgment. Consequently, Fed. R. Civ. P. 41(a)(1)(i) applies to Plaintiff's voluntary dismissal of claims or Defendants.

2.    Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff hereby voluntarily dismisses, with prejudice, Defendant Fred Wegener, in his individual capacity, and all claims asserted in this matter or that could have been asserted in this matter against Defendant Fred Wegener in his individual capacity.

3.    Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff hereby voluntarily

dismisses, with prejudice, Defendant Mark Hancock, in his individual capacity, and all claims asserted in this matter or that could have been asserted in this matter against Defendant Mark Hancock in his individual capacity.

4. Filed herewith is a proposed Order dismissing Plaintiff's claims against Defendant Fred Wegener, in his individual capacity, and Defendant Mark Hancock, in his individual capacity.

5. <u>Certificate of Compliance with D.C.COLO.LCivR 7.1(a):</u>  To the extent that compliance with D.C.COLO.LCivR 7.1(a) is required in this context, all counsel have conferred and are in agreement regarding Plaintiff's voluntary dismissal of these Defendants.

Respectfully submitted this 12th day of February, 2018.

**BENEZRA & CULVER, P.C.**

*/s/ Adam W. Ray*

John A. Culver, Esq.
Seth J. Benezra, Esq.
Adam W. Ray, Esq.
633 17th St., Suite 1450
Denver, CO 80202
jaculver@bc-law.com
sjbenezra@bc-law.com
awray@bc-law.com
*Attorneys for Plaintiff Welles Tonjes*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of February, 2018, I electronically filed the foregoing **PLAINTIFF WELLES TONJES' NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE, OF DEFENDANTS FRED WEGENER AND MARK HANCOCK** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Timothy P. Schimberg, Atty. No. 10686
Fowler, Schimberg, Flanagan & McLetchie, P.C.
1640 Grant Street, Suite 300
Denver, Colorado  80203
t_schimberg@fsf-law.com
*Attorney for Defendants Fred Wegener and*
*Park County Sheriff's Office*

Herbert C. Phillips, Atty. No. 8773
The Phillips Law Offices, LLC
675 Main Street
P.O. Box 1046
Fairplay, CO 80440
lee@law-hcp.com
*Attorney for Board of County Commissioners for*
*Park County and Defendants Fred Wegener and*
*Park County Sheriff's Office*

Josh A. Marks, Esq.
David J. Goldfarb, Esq.
Berg Hill Greenleaf Ruscitti LLP
1712 Pearl Street
Boulder, CO  80302
jam@bhgrlaw.com
djg@bhgrlaw.com
*Attorneys for Defendant Mark Hancock*

                                                  */s/ Carolyn Haddan*
                                                  C. Haddan, Litigation Paralegal