**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  17-cv-00487-CBS

WELLES TONJES,

    Plaintiff,

v.

THE PARK COUNTY SHERIFF'S OFFICE;
FRED WEGENER, in his individual capacity; and
MARK HANCOCK, in his individual capacity,

    Defendants,

---

**ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT FRED WEGENER
AND DEFENDANT MARK HANCOCK**

---

Upon review of Plaintiff's Notice of Voluntary Dismissal, With Prejudice, of Defendants Fred Wegener and Mark Hancock, the Court hereby **ORDERS** the dismissal, **with prejudice**, of Defendant Fred Wegener, in his individual capacity, and Defendant Mark Hancock, in his individual capacity, with each Party bearing his own respective attorney fees and costs.

Dated this _____ day of _____, 2018.

BY THE COURT:

_____
Magistrate Judge Kelly H. Rankin