**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   17-cv-00487-KHR

WELLES TONJES,

    Plaintiff,

v.

THE PARK COUNTY SHERIFF'S OFFICE;
FRED WEGENER, in his individual capacity; and
MARK HANCOCK, in his individual capacity,

    Defendants,

---

**ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT FRED WEGENER
AND DEFENDANT MARK HANCOCK**

---

Upon review of Plaintiff's Notice of Voluntary Dismissal, With Prejudice, of Defendants Fred Wegener and Mark Hancock, the Court hereby **ORDERS** the dismissal, **with prejudice**, of Defendant Fred Wegener, in his individual capacity, and Defendant Mark Hancock, in his individual capacity, with each Party bearing his own respective attorney fees and costs.

Dated this 13th day of February, 2018.

BY THE COURT:

_____
Magistrate Judge Kelly H. Rankin