**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   17-cv-00487-KHR

WELLES TONJES,

    Plaintiff,

v.

THE PARK COUNTY SHERIFF'S OFFICE;
FRED WEGENER, in his individual capacity; and
MARK HANCOCK, in his individual capacity,

    Defendants,

---

**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT PARK COUNTY SHERIFF'S OFFICE**

---

The Parties, by and through their respective undersigned counsel, stipulate to the dismissal, with prejudice, of all claims against Defendant Park County Sheriff's Office, that were asserted in this matter or could have been asserted in this matter. The Parties further stipulate and agree that each Party shall bear his or its own attorney fees and costs incurred with respect to all such claims against Defendant Park County Sheriff's Office.

Filed herewith is a proposed Order dismissing Plaintiff's claims against Defendant Park County Sheriff's Office with prejudice.

Respectfully submitted this 14th day of February, 2018.

*/s/ John Culver*
John A. Culver, Esq.
Seth J. Benezra, Esq.
Adam W. Ray, Esq.
Benezra & Culver,P.C.
633 17th St., Suite 1450
Denver, CO 80202
sjbenezra@bc-law.com
jaculver@bc-law.com
awray@bc-law.com
*Attorneys for Plaintiff Welles Tonjes*

*/s/ Timothy P. Schimberg*
Timothy P. Schimberg, Atty. No. 10686
Fowler, Schimberg, Flanagan & McLetchie, P.C.
1640 Grant Street, Suite 300
Denver, Colorado  80203
t_schimberg@fsf-law.com
*Attorney for Defendants Fred Wegener and Park County Sheriff's Office*

*/s/ Herbert Phillips*
Herbert C. Phillips, Atty. No. 8773
The Phillips Law Offices, LLC
675 Main Street
P.O. Box 1046
Fairplay, CO 80440
lee@law-hcp.com
*Attorney for Board of County Commissioners for Park County and Defendants Fred Wegener and Park County Sheriff's Office*

*/s/ Josh Marks*
Josh A. Marks, Esq.
David J. Goldfarb, Esq.
Berg Hill Greenleaf Ruscitti LLP
1712 Pearl Street
Boulder, CO  80302
jam@bhgrlaw.com
djg@bhgrlaw.com
*Attorneys for Defendant Mark Hancock*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of February, 2018, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT PARK COUNTY SHERIFF'S OFFICE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

| | |
|---|---|
| John A. Culver, Esq.<br>Seth J. Benezra, Esq.<br>Adam W. Ray, Esq.<br>Benezra & Culver,P.C.<br>633 17th St., Suite 1450<br>Denver, CO 80202<br>sjbenezra@bc-law.com<br>jaculver@bc-law.com<br>awray@bc-law.com<br>*Attorneys for Plaintiff Welles Tonjes* | Herbert C. Phillips, Atty. No. 8773<br>The Phillips Law Offices, LLC<br>675 Main Street<br>P.O. Box 1046<br>Fairplay, CO 80440<br>lee@law-hcp.com<br>*Attorney for Board of County Commissioners for Park County and Defendants Fred Wegener and Park County Sheriff's Office*<br><br>Josh A. Marks, Esq.<br>David J. Goldfarb, Esq.<br>Berg Hill Greenleaf Ruscitti LLP<br>1712 Pearl Street<br>Boulder, CO  80302<br>jam@bhgrlaw.com<br>djg@bhgrlaw.com<br>*Attorneys for Defendant Mark Hancock* |

*/s/ Carolyn Haddan*
Carolyn Haddan, Paralegal