IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   17-cv-00487-CBS

WELLES TONJES,

 Plaintiff,

v.

THE PARK COUNTY SHERIFF'S OFFICE;
FRED WEGENER, in his individual capacity; and
MARK HANCOCK, in his individual capacity,

 Defendants,

## ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT PARK COUNTY SHERIFF'S OFFICE

 Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendant Park County Sheriff's Office, the Court hereby **ORDERS** the dismissal, **with prejudice**, of Defendant Park County Sheriff's Office, with each Party bearing his or its own respective attorney fees and costs.

 Dated this _____ day of _____, 2018.

BY THE COURT:

Magistrate Judge Kelly H. Rankin