**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   17-cv-00487-KHR

WELLES TONJES,

    Plaintiff,

v.

THE PARK COUNTY SHERIFF'S OFFICE

    Defendant,

---

**ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT PARK COUNTY SHERIFF'S OFFICE**

---

Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendant Park County Sheriff's Office, the Court hereby **ORDERS** the dismissal, **with prejudice**, of Defendant Park County Sheriff's Office, with each Party bearing his or its own respective attorney fees and costs. As the Sheriff's Office was the only remaining defendant in the case, the case is dismissed.

Dated this 21st day of February, 2018.

BY THE COURT:

_____
Magistrate Judge Kelly H. Rankin